# Order

Michigan Supreme Court
Lansing, Michigan

April 28, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138136

HELEN SMITH and DUANE MONTGOMERY,
    Plaintiffs-Appellants,

v

RIVERFRONT CONDOMINIUM
ASSOCIATION, HABITAT COMPANY OF
MICHIGAN, L.L.C., RAM DEVELOPMENT
COMPANY OF MICHIGAN, RAM
COMMERCIAL GROUP, STOCKHOLDER OF
RAM DEVELOPMENT COMPANY OF
MICHIGAN, CREDITORS OF RAM
DEVELOPMENT COMPANY OF MICHIGAN,
BOULEVARD & TRUMBULL TOWING,
RIVERFRONT APARTMENT 100,
RIVERFRONT CONDOMINIUM 200 L,
SIGNATURE GRILLE, LAMONT TITLE
CORPORATION, FIRST AMERICAN TITLE
INSURANCE COMPANY, RIVERFRONT
CONDOMINIUM 300 L, PETER CUMMINGS,
PETER CUMMINGS & ASSOCIATES, RAM
DEVELOPMENT COMPANY, TKL DETROIT
ASSOCIATES, L.L.C., TKL DETROIT
ASSOCIATES, LTD., TKL DETROIT
ASSOCIATES 1, TAUB-CO MANAGEMENT,
INC., A. ALFRED TAUBMAN, TAUBMAN
COMPANY, INC., VILLAGE GREEN
MANAGEMENT, and ESTATE OF MAX
FISHER,
            Defendants-Appellees,
and

AMOUS, L.L.C., RIVERFRONT ASSOCIATES
NO. 1, L.L.C., RIVERFRONT ASSOCIATES
NO. 2, L.L.C., RIVERFRONT ASSOCIATES
NO. 3, L.L.C., RIVERFRONT ASSOCIATES
NO. 4, L.L.C., MILES JAFFE, RICHARD P.
KUGHN, JRHW5 CORPORATION,
RIVERFRONT EAST, L.L.C., MMF

SC: 138136
COA: 281245
Wayne CC: 07-715538-NZ

ASSOCIATES, HABITAT COMPANY, L.L.C.,
WILLIAM SHERMAN, MARY DAVIS FISHER,
PHILLIP WILLIAM FISHER, JANE FISHER
SHERMAN, MARJORIE F. ARONOW, JULIE
FISHER CUMINGS, EMPIRIAN PROPERTY
MANAGEMENT, WOODWARD REALTY
ADVISORS, and DAVID ROBERT NELSON,
    Defendants.

_____/

   On order of the Court, the application for leave to appeal the January 6, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2009

            Clerk